# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

A. D. ARMSTRONG,

    Petitioner,

-vs-

WARDEN, Lebanon Correctional Institution,

    Respondent.

Case No. 3:06-cv-219

District Judge Walter Herbert Rice
Magistrate Judge Michael R. Merz

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 53), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on December 18, 2008, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Petitioner's letter request to the Court dated November 22, 2008 (Doc. No. 52) seeking injunctive relief against three corrections officer for harassing behavior be, and it hereby is, denied.

December 27, 2008.

                                            Walter Herbert Rice
                                            United States District Judge